# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL CHACON, | Case No. 1:13-cv-01176-SKO (PC) |
| Plaintiff, | ORDER GRANTING MOTION |
| v. | (Doc. 12) |
| ROGELIO ORTEGA, M.D., et al., | |
| Defendants. | |

Plaintiff Joel Chacon, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 26, 2013. On February 21, 2014, Plaintiff filed a document entitled "Motion to File CDCR Exhaustion Remedies Under Fed. R. of Civil Procedure 10(c)."

Rule 10(c) does not permit litigants to separately submit exhibits in support of an earlier-filed complaint, and the Court does not generally allow piecemeal submission of exhibits. Fed. R. Civ. P. 10(c). However, given that the appeal documents are currently part of the record by virtue of Plaintiff's motion and the documents may be relevant at the pleading stage, the Court elects not to strike the filing. *Albino v. Baca*, __ F.3d __, __, No. 10-55702, 2014 WL 1317141, at *5 (9th Cir. Apr. 3, 2014) (en banc).

///
///
///

1   Accordingly, Plaintiff's motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **May 15, 2014**                              **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE

2